In the Matter of the Construction of the Last Will and Testament of IRVING I. BLOOMINGDALE, Deceased, with Respect to Priority between ROSALIE BANNER BLOOMINGDALE, DONALD BLOOMINGDALE and GEANNE HUGHES BLOOMINGDALE. In the Matter of the Last Will and Testament of IRVING I. BLOOMINGDALE, Deceased. GEANNE HUGHES BLOOMINGDALE BUTLER, as Executrix, etc., of IRVING I. BLOOMINGDALE, Deceased, Appellant; RICHMOND J. REESE, as Executor, etc., ROSALIE BANNER BLOOMINGDALE and DONALD BLOOMINGDALE, Respondents. (Appeal No. 3.) — Order and decree, so far as appealed from, unanimously affirmed, with costs to the respondents Rosalie Banner Bloomingdale and Donald Bloomingdale, payable out of the estate. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ. [See 278 N. Y. 435; 252 App. Div. 563; 169 Misc. 968.]

In the Matter of the Judicial Settlement of the Account of Proceedings of RICHMOND J. REESE, as Coexecutor under the Will of IRVING I. BLOOMINGDALE, Deceased, and the Fixation of Attorneys' Fees. (Third Intermediate Account of Proceedings.) In the Matter of the Judicial Settlement of the Account of Proceedings of RICHMOND J. REESE, as Coexecutor under the Will of IRVING I. BLOOMINGDALE, Deceased, and the Fixation of Attorneys' Fees. (Supplemental Account, etc.) In the Matter of the Judicial Settlement of the Account of Proceedings of GEANNE H. B. BUTLER, as Executrix, etc., of IRVING I. BLOOMINGDALE, Deceased. (Supplemental Account.) GEANNE H. B. BUTLER, as Executrix and Trustee, etc., of IRVING I. BLOOMINGDALE, Deceased, Appellant; RICHMOND J. REESE, as Executor, etc., Respondent. (Appeal No. 11.) — Order unanimously affirmed, without costs. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ. [171 Misc. 843.]

GEANNE H. B. BUTLER, as Trustee under the Will of IRVING I. BLOOMINGDALE, Deceased, Appellant, v. ROSALIE B. BLOOMINGDALE and RICHMOND J. REESE, as Trustee under the Will of IRVING I. BLOOMINGDALE, Deceased, Respondents. (Appeal No. 10.) — Orders and judgment unanimously affirmed, with costs to the respondent Rosalie B. Bloomingdale, against the appellant, and without costs to the respondent trustee as against the appellant. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of MARGARET OERTLI, Respondent, v. LEO MARGULIES, Appellant.— Order unanimously modified by reducing the amount to be paid to the commissioner of public welfare of the city of New York, as trustee, for the support and education of the child to the sum of fifteen dollars a week, and as so modified affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH TOMASINO, Alias HARRY RAGUSO, Appellant.— Judgment affirmed. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.; Untermyer and Callahan, JJ., dissent and vote to reverse and dismiss the information on the ground that the evidence was insufficient to establish the guilt of the defendant beyond a reasonable doubt.

JACOB RABINOWITZ, Appellant, v. MANHATTAN STEAM BAKERY Co., INC., and Others, Respondents.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.